```
_____ FILED              _____ RECEIVED
_____ ENTERED            _____ SERVED ON
                COUNSEL/PARTIES OF RECORD

              FEB 1 7 2011

        CLERK US DISTRICT COURT
            DISTRICT OF NEVADA
  BY: _____ DEPUTY
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>WALTER FERNANDO APARICIO,<br><br>        Defendant. | 03:10-cr-138-RCJ-RAM<br><br>**ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE** |

Based on the Stipulation of counsel and approval from The Office of Pretrial Services, and good cause appearing therefore, the Court hereby orders that Pretrial Condition (8)(u) is hereby modified to restrict the defendant's travel to the State and Districts of Nevada and California.

DATED this 17 day of February, 2011.

UNITED STATES MAGISTRATE JUDGE